# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MELISSA E. BOWER, | : | |
| Plaintiff, | : | Case No.  3:11cv00433 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## ORDER

This case is before the Court upon the parties' Joint Motion For Remand.  (Doc. # 14).  In light of the parties' stipulation, the Court finds that an Order remanding this matter for further administrative proceedings is warranted under sentence four of 42 U.S.C. §405(g).

On remand, the Appeals Council of the Social Security Administration will vacate the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion for Remand (Doc. # 14) is GRANTED, and the Clerk of Court is directed to enter Judgment in favor of Plaintiff;

2. The Commissioner's final decision is reversed and this matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings consistent with this Order; and

3. The case is terminated on the docket of this Court.

September 18, 2012

                                              s/Sharon L. Ovington
                                                Sharon L. Ovington
                                        United States Magistrate Judge